66  761
Case 1
s70  614

THE CITIZENS' STATE BANK OF STERLING, KANSAS, v.
D. J. FAIR *et al.*

No. 12,852.  ( 71 Pac. 1125.)  .

Error from McPherson district court; M. P. SIMPSON,
judge.  Opinion filed January 10, 1903.  Reversed.

*Samuel Jones, John D. Milliken,* and *G. F. Grattan,* for
plaintiff in error.

*Prigg & Williams,* for defendants in error.

*Per Curiam:.* We have reviewed the testimony in this
case and do not think the verdict of the jury was sustained
by the evidence.  If it were a mere question of preponder-
ance of the evidence we would not be justified in interfer-
ing, but we fail to find in the record any substantial showing
that the bank or its officers knowingly permitted the mort-
gagor to dispose of the mortgaged property in controversy.

The judgment of the court below will be reversed and a
new trial granted.